1  ANN KANE SMITH, SBN. 72698
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
3  Telephone 213.576.8000
   Facsimile 213.576.8080
4
   Attorneys for Defendants
5  ALC-PARTNER, INC.,
   RICHARD MORGAN and DENNIS HARPER
6
   WILLIAM J. CARROLL, ESQ., SBN 118106
7  SCHIFF HARDIN LLP
   One Market, Spear Street Tower
8  Thirty-Second Floor
   San Francisco, CA 94105
9  Telephone: 415.901.8754
   Facsimile: 415.901.8701
10
    Attorneys for Defendants
11  ALC ACQUISITION COMPANY LLC and
    AMERICAN LASER CENTERS OF CALIFORNIA LLC
12

FILED
08 FEB 29 PH 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. CV 08 1221<br><br>NOTICE OF INTERESTED PARTIES |

LA #604405 v1

NOTICE OF INTERESTED PARTIES

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

2  To the undersigned, counsel of record for Defendant ALC PARTNER, INC., dba
3  AMERICAN LASER CENTERS certifies that the following listed parties have a direct, pecuniary
4  interest in the outcome of this case. These representations are made to enable the Court to
5  evaluate possible disqualification or recusal.

7  I.   **PLAINTIFFS**
8      Kay Love
9      Melinda Ahumada
10     Paula Austin
11     Ashley Briseno
12     Lisa Casey
13     Jessica Buria
14     Natalie Dolabjian
15     Nadia Kameli
16     Ashlee Mochan
17     Christine Pedro
18     Dayna Racow
19     Beverly Alexander
20     Kathryn Cameron
21     Fey Richman
22     Cynthia Rowdier
23     Sandra Sewerin
24     Amy Williams

26  II.  **DEFENDANTS**
27       ALC-Partner, Inc.

LA #604405 v1                                  1
                        NOTICE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | | ALC Acquisition Company LLC |
| 2 | | American Laser Centers LLC (new name for ALC Acquisition Company LLC) |
| 3 | | American Laser Centers of California LLC |
| 4 | | Richard Morgan |
| 5 | | Dennis Harper |
| 6 | | |
| 7 | III. | **OTHER INTERESTED PARTIES** |
| 8 | | ALC-Irvine, LLC |
| 9 | | ALC-La Jolla, LLC |
| 10 | | ALC-Roseville, LLC |
| 11 | | ALC-Sacramento, LL |
| 12 | | ALC-San Jose, LLC |
| 13 | | ALC-Lancaster, LLC |
| 14 | | ALC-Pasadena, LLC |
| 15 | | ALC-West Hills, LLC |
| 16 | | ALC-Beverly Hills, LLC |
| 17 | | ALC-Temecula, LLC |
| 18 | | ALC-Walnut Creek, LLC |
| 19 | | ALC-San Francisco California, LLC |
| 20 | | ALC-Torrance, LLC |
| 21 | | ALC-Natomas, LLC |
| 22 | | ALC-Staten Island, LLC |
| 23 | | ALC-Carlsbad, LLC |
| 24 | | ALC-Rancho Bernardo, LLC |
| 25 | | ALC-Los Gatos, LLC |
| 26 | | ALC-West Hollywood, LLC |
| 27 | | ALC-Brentwood, LLC |
| 28 | | ALC-Fresno, LLC |

| | |
|---|---|
| 1 | ALC-LaMesa, LLC |
| 2 | ALC-Redwood City, LLC |
| 3 | ALC-Ontario, LLC |
| 4 | ALC-Pismo Beach, LLC |
| 5 | ALC-Newport Beach, LLC |
| 6 | ALC-Yorba Linda LLC |
| 7 | ALC-Santa Rosa, LLC |
| 8 | ALC-Brea, LLC |
| 9 | ALC-Palm Springs, LLC |
| 10 | ALC-San Mateo, LLC |
| 11 | ALC-Riverside, LLC |
| 12 | ALC-Long Beach, LLC |
| 13 | ALC-Santa Monica, LLC |
| 14 | ALC-Upland, LLC |
| 15 | ALC-Stockton, LLC |
| 16 | ALC-Vacaville, LLC |
| 17 | ALC-Daly City, LLC |
| 18 | ALC-Elk Grove, LLC |
| 19 | ALC-Bakersfield, LLC |
| 20 | ALC-Castro Valley, LLC |
| 21 | ALC-Folsom, LLC |
| 22 | ALC-Fremont, LLC |
| 23 | ALC-Modesto, LLC |
| 24 | ALC-Berkeley, LLC |
| 25 | ALC-Burbank, LLC |
| 26 | ALC-Carmel, LLC |
| 27 | ALC-Nob Hill, LLC |
| 28 | ALC-San Francisco Sutter Street, LLC |

1. ALC-Santa Barbara, LLC
2. ALC-Thousand Oaks
3. ALC-Pleasanton, LLC
4. ALC-Corona, LLC

Dated: February 29, 2008

THELEN REID BROWN RAYSMAN &
STEINER LLP

By /s/ Ann Kane Smith
Ann Kane Smith
Attorneys for Defendants
ALC-PARTNER, INC., RICHARD MORGAN
and DENNIS HARPER

LA #604405 v1

4

NOTICE OF INTERESTED PARTIES