| | |
|---|---|
| 1 | ANN KANE SMITH, SBN. 72698 |
| 2 | THELEN REID BROWN RAYSMAN & STEINER LLP<br>333 South Hope Street, Suite 2900 |
| 3 | Los Angeles, California 90071<br>Telephone 213.576.8000 |
| 4 | Facsimile 213.576.8080 |
| 5 | Attorneys for Defendants |
| 6 | ALC-PARTNER, INC.,<br>RICHARD MORGAN and DENNIS HARPER |
| 7 | |
| 8 | WILLIAM J. CARROLL, ESQ., SBN 118106<br>SCHIFF HARDIN LLP |
| 9 | One Market, Spear Street Tower<br>Thirty-Second Floor |
| 10 | San Francisco, CA 94105<br>Telephone: 415.901.8754 |
| 11 | Facsimile: 415.901.8701 |
| 12 | Attorneys for Defendants |
| 13 | ALC ACQUISITION COMPANY LLC and<br>AMERICAN LASER CENTERS OF CALIFORNIA LLC |



FILED
FEB 29 PM 2:56
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,

Plaintiff,

v.

Case No. CV 08 1221

DECLARATION OF KEVIN PIECUCH, ESQ. IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332(d) AND 28 U.S.C. § 1441(a)

LA #604359 v1

DECLARATION OF KEVIN PIECUCH IN SUPPORT OF REMOVAL

|   |   |
|---|---|
| 1 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive, |
| 2 |  |
| 3 |  |
| 4 |  |
|   | Defendants. |

I, KEVIN PIECUCH, ESQ. declare:

1. I am the Chief Administrative Officer and General Counsel for Defendant ALC Acquisition Company LLC. I previously held the same position with Defendant ALC-Partner, Inc. I am authorized to make this Declaration in support of the Notice of Removal filed by Defendants ALC-Partner, Inc., ALC Acquisition Company LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") in civil action brought by Plaintiffs' Kay Love et al. in the Superior Court of the State of Alameda. I am personally familiar with the action and have personal knowledge of the facts set forth herein, and could testify competently thereto. If called as a witness, I could and would competently testify to the facts stated in this Declaration.

2. Defendant ALC-Partner, Inc. is a corporation organized under the laws of the State of Delaware. ALC-Partner, Inc.'s business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC-Partner, Inc.'s principal place of business.

3. Defendant ALC Acquisition Company LLC is a limited liability company organized under the laws of the State of Delaware. ALC Acquisition Company LLC's business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC Acquisition Company's principal place of business. ALC Acquisition Company LLC's sole member is ALC, HC, a corporation organized under the laws of the State of Delaware.

4. Defendant American Laser Centers of California LLC is a limited liability company organized under the laws of the State of Delaware. Its sole member is American Laser Centers LLC (formerly named ALC Acquisition Company LLC), which is a limited liability company

///

1  organized under the laws of the State of Delaware. American Laser Centers of California LLC's
2  business is run from and its corporate headquarters, located in Farmington Hills, Michigan.
3
4  I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct, and that the attached exhibits are true and accurate copies of the documents I have
6  described herein.
7  Executed this 29th day of February, 2008, at Farmington Hills, MI..

KEVIN PIECUCH, ESQ.