```
ANN KANE SMITH, SBN. 72698
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone 213.576.8000
Facsimile 213.576.8080

Attorneys for Defendants
ALC-PARTNER, INC.,
RICHARD MORGAN and DENNIS HARPER

WILLIAM J. CARROLL, ESQ., SBN 118106
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: 415.901.8754
Facsimile: 415.901.8701

Attorneys for Defendants
ALC ACQUISITION COMPANY LLC and
AMERICAN LASER CENTERS OF CALIFORNIA LLC
```

FILED 08 FEB 29 PM 2:57

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br>Defendants. | CV. NO. 08 1221<br><br>**CERTIFICATE OF SERVICE** |

LA #604405 v1

# CERTIFICATE OF SERVICE BY MAIL

Case No.

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071.

On February 29, 2008, I served the following entitled document:

1. CIVIL COVER SHEET

2. NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332(d);

3. NOTICE OF INTERESTED PARTIES;

4. DECLARATION OF KEVIN PIECUCH

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Kevin Ruf, Esquire<br>Kara Wolke, Esquire<br>Glancy Binkow & Goldberg, LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067 | **Attorneys for Plaintiffs**<br><br>T: 310.201.9150<br>F: 310.201.9160 |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 29, 2008, at Los Angeles, California.

_____
JACQUELINE SIMS

LA #604307 v1

-1-

CERTIFICATE OF SERVICE BY MAIL