1  ANN KANE SMITH, CA BAR NO. 72698
2  MARYTZA J. REYES, CA BAR NO. 218684
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
4  Telephone 213.576.8000
   Facsimile 213.576.8080
5
6  Attorneys for Defendants
   ALC-PARTNER, INC.,
7  RICHARD MORGAN and DENNIS HARPER

8  WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
   SARAH R. SPEAKMAN, CA BAR NO. 215085
9  SCHIFF HARDIN LLP
10 One Market, Spear Street Tower
   Thirty-Second Floor
11 San Francisco, CA 94105
   Telephone: 415.901.8754
12 Facsimile: 415.901.8701

13
   Attorneys for Defendants
14 AMERICAN LASER CENTERS LLC (formerly known as
   ALC ACQUISITION COMPANY LLC) and
15 AMERICAN LASER CENTERS OF CALIFORNIA LLC

16
                   UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br><br>v. | Case No.: CV081221 (EMC)<br><br>DECLARATION OF KEVIN PIECUCH, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 USC § 1404(a)<br><br>Date:    April 16, 2008<br>Time:    10:30 a.m.<br>Place:   Courtroom C<br>Before:  Hon. Edward Chen |

LA #607137 v1

DECLARATION OF KEVIN PIECUCH IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br>                                        Defendants. |

### DECLARATION OF KEVIN PIECUCH

I, KEVIN PIECUCH, ESQ. declare:

1. I am the Chief Administrative Officer and General Counsel for Defendant ALC Acquisition Company LLC. I previously held the same position with Defendant ALC-Partner, Inc. I am authorized to make this Declaration in support of the Notice of Removal filed by Defendants ALC-Partner, Inc., ALC Acquisition Company LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") in a civil action brought by Plaintiffs' Kay Love et al. in the Superior Court of the State of California, County of Alameda, subsequently removed to this Court. I am personally familiar with the action and have personal knowledge of the facts set forth herein, and could testify competently thereto. If called as a witness, I could and would competently testify to the facts stated in this Declaration.

2. Defendant ALC-Partner, Inc. is a corporation organized under the laws of the State of Delaware. ALC-Partner, Inc.'s business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC-Partner, Inc.'s principal place of business.

3. Defendant American Laser Centers LLC was formerly known as "ALC Acquisition Company LLC." American Laser Centers LLC is a limited liability company organized under the laws of the State of Delaware. American Laser Centers LLC's business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC Acquisition Company's principal place of business.

1. 4. Defendant American Laser Centers of California LLC is a limited liability company organized under the laws of the State of Delaware. American Laser Centers of California LLC's business is run from and its corporate headquarters, located in Farmington Hills, Michigan.

5. This lawsuit is the second action filed in connection with Plaintiffs' alleged underlying claims. On July 16, 2007, Plaintiffs Kay Love, Melinda Ahumada, Paula Austin, Ashley Briseno, Jessica Buria, Natalie Dolabjian, Nadia Kameli and Ashlee Mochan, all of whom are Plaintiffs in this action, filed on their own behalf and on behalf of purported classes, a nearly identical lawsuit against Defendant ALC-Partner, Inc. in the Central District bearing Case No. CV 07 4588 R(SHx) (referred to herein as "Love I"). Additional Plaintiffs later joined that case by way of a First Amended Complaint.

6. Defendants American Laser Centers LLC (formerly known as ALC Acquisition Company LLC) and American Laser Centers of California LLC are entities that were formed as a result of the sale of the American Laser Centers business in November 2007, and therefore were not named as defendants in the Love I action.

7. Three of the Love I Plaintiffs (Laurie Mathews, Pamela Strong and Heidi Schneeveis) reside outside of California and purported in Love I to represent subclasses of employees in Utah and Illinois, respectively. Those Plaintiffs have re-filed claims identical to those in Love I in a new action filed in the Eastern District of Michigan on or about February 15, 2008.

8. Most of the witnesses to Plaintiffs' claims will be the current and former employees who worked in the clinics where Plaintiffs worked, as well as others who had contact with the clinics. Fourteen of the seventeen named Plaintiffs in this case worked in clinics located in Southern California. Thirteen of those Plaintiffs worked in clinics located in Los Angeles, Ventura or Orange counties, and one worked in a clinic located in San Diego County. Eight of the fourteen named Plaintiffs are currently working in American Laser Center clinics located in Los Angeles, Ventura and Orange counties.

1  9. Many of the records relating to the employment of the Plaintiffs, including clinic scheduling, logs, personnel records, and other records that would reveal what job duties Plaintiffs are/were performing, are located on-site at the various clinic locations where the Plaintiffs worked.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that the attached exhibits are true and accurate copies of the documents I have described herein.

Executed this 7th<sup>th</sup> day of March, 2008, at Farmington Hills, MI.

_____
KEVIN PIECUCH, ESQ.

LA #607137 v1

-4-

**DECLARATION OF KEVIN PIECUCH IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER**