1  ANN KANE SMITH, CA BAR NO. 72698
   MARYTZA J. REYES, CA BAR NO. 218684
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   333 South Hope Street, Suite 2900
3  Los Angeles, California 90071
   Telephone 213.576.8000
4  Facsimile 213.576.8080

5  Attorneys for Defendants
   ALC-PARTNER, INC.,
6  RICHARD MORGAN and DENNIS HARPER

7  WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
   SARAH R. SPEAKMAN, CA BAR NO. 215085
8  SCHIFF HARDIN LLP
   One Market, Spear Street Tower
9  Thirty-Second Floor
   San Francisco, CA 94105
10 Telephone: 415.901.8754
   Facsimile: 415.901.8701

11
   Attorneys for Defendants
12 AMERICAN LASER CENTERS LLC (formerly known as
   ALC ACQUISITION COMPANY LLC) and
13 AMERICAN LASER CENTERS OF CALIFORNIA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br><br>v. | Case No.: CV081221 (EMC)<br><br>**NOTICE OF RELATED CASES** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>                                    Defendants. |

6

7    Pursuant to Local Rule 3-12, Defendants ALC-Partner, Inc., American Laser Centers LLC
8    (formerly known as ALC Acquisition Company LLC), American Laser Centers of California LLC,
9    Richard Morgan and Dennis Harper (collectively, "Defendants") notifies the Court that this
10   lawsuit is the second action filed by the Plaintiffs (other than Plaintiff Dayna Racow) in the above-
11   captioned matter against ALC-Partner, Inc. asserting the same claims for relief.
12       On July 16, 2007, Plaintiffs Kay Love, Melinda Ahumada, Paula Austin, Ashley Briseno,
13   Jessica Buria, Natalie Dolabjian, Nadia Kameli and Ashlee Mochan, all of whom are Plaintiffs in
14   this action, filed on their own behalf and on behalf of purported classes, a nearly identical lawsuit
15   against Defendant ALC-Partner, Inc. in the United States District Court, Central District of
16   California, bearing Case No. CV 07 4588 R(SHx).
17       Plaintiffs subsequently, on October 1, 2007, filed a First Amended Complaint in which
18   Plaintiffs Lisa Casey, Christine Pedro, Beverly Alexander, Kathryn Cameron, Fey Reichman,
19   Cynthia Rodier, Sandra Sewerin, Pamela Strong, and Amy Williams joined the case, all of whom
20   are Plaintiffs in the present case.  There were only three plaintiffs who participated in the prior
21   lawsuit who have not joined the present case, as they resided out of state and have subsequently
22   filed a separate lawsuit in the Eastern District of Michigan..
23       The First Amended Complaint added Richard Morgan as a Defendant.  Mr. Morgan is also
24   a Defendant in the case presently before this Court.
25       On December 17, 2007, the United States District Court, Central District of California
26   granted Defendants' Motions to Dismiss the First Amended Complaint and gave Plaintiffs 20 days
27   leave to amend.  On or about January 14, 2007, Plaintiffs voluntarily dismissed the case in the
28   Central District of California.

THELEN REID
& PRIEST LLP

LA #604398 v1

NOTICE OF RELATED CASES

1  These actions are related because they involve substantially the same parties, events, and
2  question of law, and it appears likely that there will be an unduly burdensome duplication of labor
3  and expense or conflicting results if the cases are conducted before different judges. On March 7,
4  2008, Defendants filed a Motion to Transfer the present back to the Central District of California
5  pursuant to 28 U.S.C. §1404(a). Defendants also filed a Request for Judicial Notice asking this
6  Court to take judicial notice of Complaint, First Amended Complaint, and dismissal in the prior
7  case.

8
9  Dated: March 7, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ Ann Kane Smith
Ann Kane Smith
Attorneys for Defendants
ALC-PARTNER, INC., RICHARD MORGAN and DENNIS HARPER

Dated: March 7, 2008

SCHIFF HARDIN LLP

By _____
Sarah Speakman
Attorneys for Defendants
AMERICAN LASER CENTERS LLC and
AMERICAN LASER CENTERS OF CALIFORNIA LLC