UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. CV-08-1221 (EMC)

KAY LOVE, ET AL.
    Plaintiff(s),

v.

ALC PARTNER, INC DBA
AMERICAN LASER CENTERS, ET AL.

    Defendant(s).

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3/10/2008

_____
Signature

Counsel for: Kay Love, et al
(Name of party or indicate "pro se")

PLAINTIFFS

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 10, 2008, I served the following documents:

1. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

Ann Kane Smith
Jennifer Goldberg
Thelen Reid Brown Raysman &
Steiner LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
*Attorneys for ALC Partner, Inc., American Laser Centers of California, LLC, ALC Acquisition Company, LLC, Richard Morgan and Dennis Harper*

Executed on March 10, 2008, at Los Angeles, California.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*S/Daniel C. Rann*
Daniel C. Rann