1  ANN KANE SMITH, CA Bar No. 72698
   MARYTZA J. REYES, CA Bar No. 218684
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   333 South Hope Street, Suite 2900
3  Los Angeles, CA  90071
   Telephone:    (213) 576-8000
4  Facsimile:    (213) 576-8080

5  Attorneys for Defendants
   ALC-PARTNER, INC., RICHARD MORGAN
6  and DENNIS HARPER

7  WILLIAM J. CARROLL, CA Bar No. 118106
   SARAH R. SPEAKMAN, CA Bar No. 215085
8  SCHIFF HARDIN LLP
   One Market, Spear Street Tower
9  Thirty-Second Floor
   San Francisco, CA  94105
10 Telephone:    (415) 901-8700
   Facsimile:    (415) 901-8701
11
   Attorneys for Defendants
12 AMERICAN LASER CENTERS LLC (formerly
   known as ALC ACQUISITION COMPANY LLC)
13 and AMERICAN LASER CENTERS OF
   CALIFORNIA LLC

14

15                UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT

17

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br><br>v. | Case No.  cv081221(EMC)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE** |

| | |
|---|---|
| ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200 inclusive,<br><br>Defendants. | |

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 11, 2008

SCHIFF HARDIN LLP

By: _____
William J. Carroll
Sarah R. Speakman
Attorneys for Defendants
AMERICAN LASER CENTERS LLC
(formerly known as ALC ACQUISITION COMPANY LLC) and AMERICAN LASER CENTERS OF CALIFORNIA

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\9106442.1

Declination To Proceed Before A Magistrate Judge And Request For Reassignment         Case No. cv08122 (EMC)