Lionel Glancy (SBN 134180)
Kevin Ruf (SBN 136901)
Kara Wolke (SBN 241521)
Email: info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

Attorneys for Plaintiffs and Proposed Plaintiff Classes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. CV 08-01221 CRB<br><br>Hon. Charles R. Breyer<br><br>CERTIFICATE OF SERVICE |

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 17, 2008 I served the following by posting such documents electronically the ECF website of the United States District Court for the Northern District of California:

1. NOTICE OF FILING ORDER

on all ECF- registered parties in the action and upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California to:

Notice has been electronically mailed to:

| Name | Email |
|---|---|
| William J. Carroll | WCarroll@schiffhardin.com; calendar@schiffhardin.com;ebrown@schiffhardin.com;llove@schiffhardin.com; sspeakma@schiffhardin.com |
| Michael M. Goldberg | info@glancylaw.com |
| Marytza Joy Reyes | mreyes@thelen.com |
| Kevin Francis Ruf | info@glancylaw.com |
| Ann Kane Smith | aksmith@thelen.com,ishaible@thelen.com |

Executed on March 17, 2008 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Zabella O.Moore*
Zabella O.Moore