IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAY LOVE,                                                                  No. C 08-01221 CRB

       Plaintiff,                                                           **Clerk's Notice**

  v.

ALC PARTNER INC,

       Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, June 6, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case scheduling order shall remain the same. All matters presently scheduled for hearing are vacated and should be re noticed for hearing before the newly assigned judge.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 18, 2008                                        FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                              By:_____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy

*United States District Court*
*For the Northern District of California*