1  LIONEL Z. GLANCY (SBN 134180)
2  KEVIN F. RUF (SBN 136901)
   KARA M. WOLKE (SBN 241521)
3  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
4  Los Angeles, California 90067
   Telephone:    (310) 201-9150
5  Facsimile:    (310) 201-9160
6
7  *Attorneys for Plaintiffs and Proposed Plaintiff Classes*

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | KAY LOVE, MELINDA AHUMADA, | Case No.  CV-08-1221-CRB |
11 | PAULA AUSTIN, ASHLEY BRISENO, | |
   | LISA CASEY, JESSICA BURIA, NATALIE | **PLAINTIFFS' NOTICE OF MOTION** |
12 | DOLABJIAN, NADIA KAMELI, ASHLEE | **AND MOTION TO REMAND, OR,** |
   | MOCHAN, CHRISTINE PEDRO, DAYNA | **ALTERNATIVELY, TO CONDUCT** |
13 | RACOW, BEVERLY ALEXANDER, | **LIMITED JURISDICTIONAL** |
14 | KATHRYN CAMERON, FEY REICHMAN, | **DISCOVERY** |
   | CYNTHIA RODIER, SANDRA SEWERIN, | |
15 | and AMY WILLIAMS, on behalf of | |
16 | themselves and those classes similarly | [Filed concurrently with Plaintiffs' |
   | situated, | Memorandum of Points and Authorities; the |
   | | Declaration of Kevin F. Ruf; Plaintiffs' |
17 | Plaintiffs, | Objections to Evidence Offered in Support of |
   | | Defendants' Notice of Removal; Proposed |
18 | v. | Order lodged herewith] |
19 | ALC PARTNER, INC., dba AMERICAN | |
20 | LASER CENTERS; ALC ACQUISITION | Date:   May 2, 2008 |
   | COMPANY LLC; AMERICAN LASER | Time:   10:00 a.m. |
21 | CENTERS OF CALIFORNIA, LLC; | Place:  Courtroom 8 |
   | RICHARD MORGAN; DENNIS HARPER; | Before: Hon. Charles R. Breyer |
22 | and DOES 1 through 200, inclusive, | |
23 | Defendants. | Complaint Filed:       January 25, 2008 |
   | | Notice of Removal:    February 29, 2008 |
24
25
26
27
28

1  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2       NOTICE is hereby given that on Friday, May 2, 2008, at 10:00 AM, or as soon thereafter as

3  the matter may be heard by the Honorable Charles R. Breyer in Courtroom 8 of the United States

4  District Court located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California, Plaintiffs

5  will and hereby do move the Court pursuant to 28 U.S.C. § 1447(c) for an order: (1) remanding this

6  statewide class action to the Alameda County Superior Court where it was properly commenced; and

7  (2) awarding attorneys' fees and expenses.

8       The grounds for the motion are that the Court lacks subject matter jurisdiction over this case

9  since no federal question is involved (28 U.S.C. § 1331), and there exists no removal jurisdiction

10 either on diversity grounds (28 U.S.C. § 1332(a)) or under the Class Action Fairness Act of 2005

11 ("CAFA") (28 U.S.C. § 1332(d)).  Furthermore, Defendants' removal is fatally defective by failing

12 to comply with 28 U.S.C. § 1446(a).

13      Strictly in the alternative, and to the extent Plaintiffs are not in possession of sufficient

14 evidence to carry their burden of proof under CAFA, Plaintiffs will and do hereby move the Court

15 for permission to conduct limited discovery on the residency of putative class members and the

16 corporate citizenship of Defendants necessary to establish proper jurisdiction.

17   This Motion is based on this Notice and Motion, on the attached Memorandum of Points and

18 Authorities, on the Declaration of Kevin F. Ruf filed concurrently herewith, on the records,

19 pleadings, and papers filed in this action, and on such other oral argument and documentary evidence

20 as may be presented to the Court at the hearing on this Motion.

21 Dated: March 28, 2008                    Respectfully submitted,

22                                          *S/Kevin F. Ruf*

23                                          LIONEL Z. GLANCY (SBN 134180)
                                            KEVIN F. RUF (SBN 136901)
24                                          KARA M. WOLKE (SBN 241521)
                                            GLANCY BINKOW & GOLDBERG LLP
25                                          1801 Avenue of the Stars, Suite 311
                                            Los Angeles, California 90067
26                                          Telephone:    (310) 201-9150
                                            Facsimile:    (310) 201-9160
27
                                            *Attorneys for Plaintiffs and Proposed Plaintiff*
28                                          *Classes*

                                            2