Lionel Z. Glancy (SBN 134180)
Kevin F. Ruf (SBN 136901)
Kara M. Wolke (SBN 241521)
Email: info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

*Attorneys for Plaintiffs and Proposed Plaintiff Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. CV 08-1221 CRB<br><br>**DECLARATION OF KEVIN F. RUF IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>[Filed concurrently with Plaintiffs' Notice of Motion and Motion to Remand and Memorandum of Points and Authorities in Support Thereof; and Plaintiffs' Objections to Evidence Offered in Support of Defendants' Notice of Removal]<br><br>**Date:** May 2, 2008<br>**Time:** 10:00 AM<br>**Place:** Courtroom 8<br>**Before:** Hon. Charles R. Breyer<br><br>Complaint Filed: January 25, 2008<br>Notice of Removal: February 29, 2008 |

DECLARATION OF KEVIN F. RUF IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

I, Kevin F. Ruf, declare:

1. I am an attorney with the law firm Glancy Binkow & Goldberg, LLP ("GBG") in Los Angeles, California, and I am one of the principal attorneys working on this case. I submit this declaration in support of Plaintiffs' Motion to Remand. I am personally familiar with this case and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. According to American Laser Centers, 50 of the 213 company-owned locations of American Laser Centers are located in California. This amount represents 23% of all American Laser Center locations nationwide. The states with the next-largest numbers of American Laser Center locations are: New York – 20 centers (9%); Texas – 16 centers (8%); and Michigan – 16 centers (8%). A spreadsheet I created containing this information, as well as information regarding the number of American Laser Center locations in each of the fifty States and Puerto Rico is attached as **Exhibit A** hereto.

3. I obtained this information from American Laser Centers' corporate website http://www.americanlaser.com under the heading "Locations" (last visited 03/28/08).

I declare that the foregoing is true and correct.

Executed this 28th day of March, 2008, at Los Angeles, California.

                               */s/ Kevin F. Ruf*
                               Kevin F. Ruf

# EXHIBIT A - Spreadsheet

| Location | # of Company Owned Centers | # of Independendly Owned Centers |
|---|---|---|
| AL | 1 | |
| AZ | 8 | |
| CA | 50 | |
| CO | 6 | |
| CT | 3 | |
| FL | 14 | 1 |
| GA | 3 | 1 |
| IL | 13 | |
| IN | 3 | |
| IA | 3 | |
| KS | 1 | |
| LA | 2 | |
| MD | | 5 |
| MA | 9 | |
| MI | 16 | 1 |
| MN | 4 | |
| MO | 5 | |
| NV | | 1 |
| NM | | 1 |
| NY | 20 | 2 |
| NC | 4 | 1 |
| OK | | 1 |
| OR | | 3 |
| PA | 6 | 1 |
| SC | 2 | 1 |
| TX | 16 | 5 |
| TN | 6 | |
| UT | 3 | |
| VA | 5 | 2 |
| WA | 6 | 3 |
| WI | 3 | |
| PR | 1 | |
| **Total** | **213** | **29** |