Lionel Z. Glancy (SBN 134180)
Kevin F. Ruf (SBN 136901)
Kara M. Wolke (SBN 241521)
Email: info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

*Attorneys for Plaintiffs and Proposed Plaintiff Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>            Defendants. | CASE NO. CV 08-1221 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**<br><br>**Date:** May 2, 2008<br>**Time:** 10:00 AM<br>**Place:** Courtroom 8<br>**Before:** Hon. Charles R. Breyer<br><br>Complaint Filed:    January 25, 2008<br>Notice of Removal: February 29, 2008 |

## [PROPOSED] ORDER

The Court, having considered the arguments set forth both for and against the instant motion, in memoranda and supporting documents submitted by counsel for the parties, and having had the opportunity to hear oral argument on May 2, 2008, hereby GRANTS Plaintiffs' Motion To Remand.

Pursuant to the granting of such motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The above-captioned litigation is remanded to the California Superior Court, County of Alameda, for further proceedings.

Dated: _____                    _____
                                              Hon. Charles R. Breyer
                                              United States District Court Judge