1 | LIONEL Z. GLANCY (SBN 134180)
2 | KEVIN F. RUF (SBN 136901)
   | KARA M. WOLKE (SBN 241521)
3 | GLANCY BINKOW & GOLDBERG LLP
   | 1801 Avenue of the Stars, Suite 311
4 | Los Angeles, California 90067
5 | Telephone:    (310) 201-9150
   | Facsimile:    (310) 201-9160
6 |
7 | *Attorneys for Plaintiffs and Proposed Plaintiff Classes*

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.  CV-08-1221-CRB<br><br>**CERTIFICATE OF SERVICE OF PAPERS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND, OR, ALTERNATIVELY, TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**<br><br>Date:  May 2, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 8<br>Before: Hon. Charles R. Breyer<br><br>Complaint Filed:       January 25, 2008<br>Notice of Removal:   February 29, 2008 |

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND**
**ECF GENERAL ORDER NO. 45**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 28, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1  **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND, OR, ALTERNATIVELY, TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**

2  **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND, OR, ALTERNATIVELY, TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**

3  **DECLARATION OF KEVIN F. RUF IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND, OR, ALTERNATIVELY, TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**

4  **PLAINTIFFS' OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

5  **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO REMAND, OR, ALTERNATIVELY, TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY**

6  **CERTIFICATE OF SERVICE**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. Those email addresses are:

Wcarroll@schiffhardin.com
calendar@schiffhardin.com
Ebrown@schiffhardin.com
Llove@schiffhardin.com

Sspeakma@schiffhardin.com
mreyes@thelen.com
ktaylor@thelen.com
aksmith@thelen.com
lshaible@thelen.com

There are no non-registered parties to the litigation.

Executed on March 28, 2008, at Los Angeles, California.
I certify under penalty of perjury that the foregoing is true and correct.

      *S/Daniel C. Rann*
      Daniel C. Rann