1  ANN KANE SMITH, CA BAR NO. 72698
   JENNIFER L. GOLBERG, CA BAR NO. 198150
2  MARYTZA J. REYES , CA BAR NO. 218684
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, CA 90071
4  Telephone 213.576.8000
   Facsimile 213.576.8080
5
   Attorneys for Defendants
6  ALC-PARTNER, INC.,
   RICHARD MORGAN and DENNIS HARPER
7
   WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
8  SARAH R. SPEAKMAN, CA BAR NO. 215085
   SCHIFF HARDIN LLP
9  One Market, Spear Street Tower
   Thirty-Second Floor
10 San Francisco, CA 94105
   Telephone: 415.901.8754
11 Facsimile: 415.901.8701

12 Attorneys for Defendants
   AMERICAN LASER CENTERS LLC (formerly known
13 as ALC ACQUISITION COMPANY LLC) and
   AMERICAN LASER CENTERS OF CALIFORNIA LLC
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 KAY LOVE, MELINDA AHUMADA,          | Case No.: CV081221 (EMC)
   PAULA AUSTIN, ASHLEY BRISENO,       |
19 LISA CASEY, JESSICA BURIA,          |
   NATALIE DOLABJIAN, NADIA            | REQUEST FOR JUDICIAL NOTICE IN
20 KAMELI, ASHLEE MOCHAN,              | SUPPORT OF DEFENDANTS' MOTION TO
   CHRISTINE PEDRO, DAYNA RACOW,       | TRANSFER VENUE
21 BEVERLY ALEXANDER, KATHRYN          |
   CAMERON, FEY RICHMAN, CYNTHIA       | Date:     May 16, 2008
22 RODIER, SANDRA SEWERIN and AMY      | Place:    10:00 a.m.
   WILLIAMS, on behalf of themselves and| Place:    Courtroom 8
23 those classes similarly situated,   | Before:   Hon. Charles R. Breyer
24                                     |
                  Plaintiffs,          |
25                                     |
26 v.                                  |
27
28

LA #604912 v2                          -1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

|   |   |
|---|---|
| 1 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |

7  Defendants ALC-Partner, Inc., American Laser Centers LLC (formerly known as ALC

8  Acquisition Company LLC), American Laser Centers of California LLC, Richard Morgan and

9  Dennis Harper (collectively, "Defendants") request that this Court take judicial notice of the

10 following facts pursuant to Federal Rule of Evidence 201(d):

11  1.  On July 16, 2007, Plaintiffs Kay Love, Melinda Ahumada, Paula Austin, Ashley

12 Briseno, Jessica Buria, Natalie Dolabjian, Nadia Kameli and Ashlee Mochan, all of whom are

13 Plaintiffs in this action, filed on their own behalf and on behalf of purported classes, a nearly

14 identical lawsuit against Defendant ALC-Partner, Inc. in the Central District bearing Case No. CV

15 07 4588 R(SHx) (referred to herein as "Love I"). A true and correct of the Love I Complaint is

16 attached to this Request for Judicial Notice as Exhibit 1. This fact is subject to judicial notice

17 under Federal Rule of Evidence Rule 201(d) because the Love I Complaint is a document filed in

18 another federal district court. *United States ex rel. Robinson Rancheria Citizens Council v.*

19 *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("Borneo") ("we may take notice of proceedings

20 in other courts, both within and without the federal judicial system, if those proceedings have a

21 direct relation to matters at issue.") (internal citations omitted)

22  2.  The Love I First Amended Complaint, filed October 1, 2007, added Plaintiffs Lisa

23 Casey, Christine Pedro, Beverly Alexander, Kathryn Cameron, Fey Reichman, Cynthia Rodier,

24 Sandra Sewerin, Pamela Strong, and Amy Williams and named Richard Morgan as a Defendant.

25 This fact is subject to judicial notice under Federal Rule of Evidence Rule 201(d) because the

26 Love I First Amended Complaint is a document filed in another federal district court. *United*

27 *States ex rel. Borneo*, 971 F.2d 244, 248. A true and correct copy of the Love I First Amended

28

1 | Complaint is attached hereto as Exhibit 2.

2 |     3.    ALC-Partner, Inc. and Richard Morgan filed respective Motions to Dismiss the Love I First Amended Complaint. On December 17, 2007, the Central District (Hon. Manuel Real presiding) granted those Motions to Dismiss and gave Plaintiffs 20 days leave to amend. On or about January 14, 2007, the Love I Plaintiffs voluntarily dismissed the case in the Central District. A true and correct copy of the Love I Notice of Dismissal is attached to this Request for Judicial Notice as Exhibit 3. This fact is subject to judicial notice under Federal Rule of Evidence Rule 201(d) because the Love I Notice of Dismissal is a document filed in another federal district court. *United States ex rel. Borneo*, 971 F.2d 244, 248.

Dated: April 11, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/ Jennifer L. Goldberg
Attorneys for Defendants
ALC-PARTNER, INC., RICHARD MORGAN and DENNIS HARPER

Dated: April 11, 2008

SCHIFF HARDIN LLP

By _____
William J. Carroll
Attorneys for Defendants
AMERICAN LASER CENTERS LLC and
AMERICAN LASER CENTERS OF CALIFORNIA LLC