```
 1  ANN KANE SMITH, CA BAR NO. 72698
    JENNIFER L. GOLBERG, CA BAR NO. 198150
 2  MARYTZA J. REYES, CA BAR NO. 218684
 3  THELEN REID BROWN RAYSMAN & STEINER LLP
    333 South Hope Street, Suite 2900
 4  Los Angeles, California 90071
    Telephone 213.576.8000
 5  Facsimile 213.576.8080

 6
    Attorneys for Defendants
 7  ALC-PARTNER, INC.,
    RICHARD MORGAN and DENNIS HARPER
 8
    WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
 9  SARAH R. SPEAKMAN, CA BAR NO. 215085
10  SCHIFF HARDIN LLP
    One Market, Spear Street Tower
11  Thirty-Second Floor
    San Francisco, CA 94105
12  Telephone: 415.901.8754
13  Facsimile: 415.901.8701

14  Attorneys for Defendants
    AMERICAN LASER CENTERS LLC (formerly known
15  as ALC ACQUISITION COMPANY LLC) and
    AMERICAN LASER CENTERS OF CALIFORNIA LLC
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br><br>v. | Case No.: CV081221 (EMC)<br><br>**DECLARATION OF KEVIN PIECUCH, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 USC § 1404(a)**<br><br>Date:        May 16, 2008<br>Place:       10:00 a.m.<br>Place:       Courtroom 8<br>Before:     Hon. Charles R. Breyer |

LA #607137 v1
DECLARATION OF KEVIN PIECUCH IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br>                    Defendants. |

## DECLARATION OF KEVIN PIECUCH

I, KEVIN PIECUCH, ESQ. declare:

1. I am the Chief Administrative Officer and General Counsel for Defendant American Laser Centers LLC (formerly known as ALC Acquisition Company LLC). I previously held the same position with Defendant ALC-Partner, Inc. I am authorized to make this Declaration in support of the Notice of Removal filed by Defendants ALC-Partner, Inc., ALC Acquisition Company LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") in the civil action brought by Plaintiffs' Kay Love et al. in the Superior Court of the State of California, County of Alameda, subsequently removed to this Court. I am personally familiar with the action and have personal knowledge of the facts set forth herein, and could testify competently thereto. If called as a witness, I could and would competently testify to the facts stated in this Declaration.

2. Defendant ALC-Partner, Inc. is a corporation organized under the laws of the State of Delaware. ALC-Partner, Inc.'s business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC-Partner, Inc.'s principal place of business.

3. Defendant American Laser Centers LLC was formerly known as "ALC Acquisition Company LLC." American Laser Centers LLC is a limited liability company organized under the laws of the State of Delaware. American Laser Centers LLC's business is run from and its corporate headquarters are located in Farmington Hills, Michigan, which is ALC Acquisition Company's principal place of business.

4.  Defendant American Laser Centers of California LLC is a limited liability company organized under the laws of the State of Delaware. American Laser Centers of California LLC's business is run from and its corporate headquarters, located in Farmington Hills, Michigan.

5.  This lawsuit is the second action filed in connection with Plaintiffs' alleged underlying claims. On July 16, 2007, Plaintiffs Kay Love, Melinda Ahumada, Paula Austin, Ashley Briseno, Jessica Buria, Natalie Dolabjian, Nadia Kameli and Ashlee Mochan, who all are Plaintiffs in the instant action, filed on their own behalf and on behalf of purported classes, a nearly identical lawsuit against Defendant ALC-Partner, Inc. in the United States District Court, Central District of California bearing Case No. CV 07 4588 R(SHx) (referred to herein as "Love I"). Additional Plaintiffs later joined that case by way of a First Amended Complaint.

6.  Defendants American Laser Centers LLC and American Laser Centers of California LLC are entities that were formed as a result of the sale of the American Laser Centers business in November 2007, and therefore were not named as defendants in the Love I action.

7.  Three of the Love I Plaintiffs (Laurie Mathews, Pamela Strong and Heidi Schneeveis) reside outside of California and purported in Love I to represent subclasses of employees in Utah and Illinois, respectively. Those Plaintiffs on or about February 15, 2008, re-filed claims identical to those in Love I in a new action pending in the Eastern District of Michigan.

8.  Most of the witnesses to Plaintiffs' claims will be the current and former employees who worked in the clinics where Plaintiffs worked, as well as others who had contact with the clinics. Fourteen of the seventeen named Plaintiffs in this case worked in clinics located in Southern California. Thirteen of those Plaintiffs worked in clinics located in Los Angeles, Ventura or Orange counties, and one worked in a clinic located in San Diego County. Eight of the fourteen named Plaintiffs are currently working in American Laser Center clinics located in Los Angeles, Ventura and Orange counties.

1   9.   Many of the records relating to the employment of the Plaintiffs, including clinic
2   scheduling, logs, personnel records, and other records that would reveal what job duties Plaintiffs
3   are/were performing, are located on-site at the various clinic locations where the Plaintiffs worked.
4
5   I declare under penalty of perjury under the laws of the United States that the foregoing is
6   true and correct, and that the attached exhibits are true and accurate copies of the documents I have
7   described herein.
8
9   Executed this 11th day of April, 2008, at Farmington Hills, MI.

KEVIN PIECUCH, ESQ.