1  ANN KANE SMITH, CA BAR NO. 72698
2  JENNIFER L. GOLBERG, CA BAR NO. 198150
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
4  Telephone 213.576.8000
   Facsimile 213.576.8080
5
6  Attorneys for Defendants
   ALC-PARTNER, INC.,
7  RICHARD MORGAN and DENNIS HARPER

8  WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
   SARAH R. SPEAKMAN, CA BAR NO. 215085
9  SCHIFF HARDIN LLP
10 One Market, Spear Street Tower
   Thirty-Second Floor
11 San Francisco, CA 94105
   Telephone: 415.901.8754
12 Facsimile: 415.901.8701

13
   Attorneys for Defendants
14 AMERICAN LASER CENTERS LLC (formerly known
   as ALC ACQUISITION COMPANY LLC) and
15 AMERICAN LASER CENTERS OF CALIFORNIA LLC

16
                    UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

18

19 KAY LOVE, MELINDA AHUMADA,           Case No.: CV081221 (EMC)
   PAULA AUSTIN, ASHLEY BRISENO,
20 LISA CASEY, JESSICA BURIA,           DECLARATION OF JENNIFER L.
   NATALIE DOLABJIAN, NADIA             GOLDBERG IN OPPOSITION TO
21 KAMELI, ASHLEE MOCHAN,               PLAINTIFFS' MOTION TO REMAND
   CHRISTINE PEDRO, DAYNA RACOW,
22 BEVERLY ALEXANDER, KATHRYN           Date:     May 2, 2008
   CAMERON, FEY RICHMAN, CYNTHIA        Place:    10:00 a.m.
23 RODIER, SANDRA SEWERIN and AMY       Place:    Courtroom 8
24 WILLIAMS, on behalf of themselves and Before:  Hon. Charles R. Breyer
   those classes similarly situated,
25
26                  Plaintiff,

27           v.

28

LA #611598 v1

DECLARATION OF JENNIFER L. GOLDBERG IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,
Defendants.

### DECLARATION OF JENNIFER L. GOLDBERG, ESQ.

I, JENNIFER L. GOLDBERG, ESQ. declare:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and in the United States District Court for the Northern District of California. I am partner of the firm of Thelen, Reid, Brown, Raysman & Steiner, attorneys of record in the above-captioned case for Defendants ALC-Partner, Inc., Richard Morgan and Dennis Harper. I am authorized to make this Declaration in support of the Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Remand, in the case brought by Kay Love et al., now pending in the United States District Court, Northern District of California. I am personally familiar with the action and have personal knowledge of the facts set forth herein, and could testify competently thereto. If called as a witness, I could and would competently testify to the facts stated in this Declaration.

2. I prepared Defendants' Notice of Removal for filing and sent the documents to Thelen's San Francisco office to be personally delivered to the United States District Court, Northern District of California on February 29, 2008. When the Notice and supporting documents were filed with the Court, the state court Complaint, although referenced as Exhibit 1 in the Notice of Removal, was inadvertently omitted from the filed documents.

3. I received the conformed copies of what was filed from our San Francisco office the next business day, March 3, 2008. It was then that I realized that the state court Complaint had not been attached to the Notice and papers that were filed. I immediately prepared a Notice of Errata and attached the state court Complaint, and Thelen's San Francisco office delivered a copy of the Notice of Errata and the state court Complaint directly to the Court because it was part of the

original filing (which was required to be personally served on the Court rather than electronically filed). We also followed up by electronically filing a copy of the Notice of Errata attaching the state court Complaint. I also communicated with Plaintiff' counsel via electronic mail to let them know we had filed the Notice of Errata (in person and electronically). As Plaintiffs and their counsel were at all times in possession of their own Complaint, I do not believe they suffered any prejudice at all by the inadvertent omission of the exhibit to the initial filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of April, 2008, at Los Angeles, California.

_____
JENNIFER L. GOLDBERG, ESQ.

LA #611598 v1                                                     -3-
**SUPPLEMENTAL DECLARATION OF KEVIN PIECUCH IN SUPPORT OF REMOVAL AND IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**