1  ANN KANE SMITH, CA BAR NO. 72698
2  JENNIFER L. GOLBERG, CA BAR NO. 198150
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
4  Telephone 213.576.8000
   Facsimile 213.576.8080
5
6  Attorneys for Defendants
   ALC-PARTNER, INC.,
7  RICHARD MORGAN and DENNIS HARPER

8  WILLIAM J. CARROLL, ESQ., CA BAR NO. 118106
   SARAH R. SPEAKMAN, CA BAR NO. 215085
9  SCHIFF HARDIN LLP
10 One Market, Spear Street Tower
   Thirty-Second Floor
11 San Francisco, CA 94105
   Telephone: 415.901.8754
12 Facsimile: 415.901.8701

13
   Attorneys for Defendants
14 AMERICAN LASER CENTERS LLC (formerly known
   as ALC ACQUISITION COMPANY LLC) and
15 AMERICAN LASER CENTERS OF CALIFORNIA LLC

16
                 UNITED STATES DISTRICT COURT
17               NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, 20  LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA 21  KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, 22  BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA 23  RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and 24  those classes similarly situated, 25                    Plaintiff, 26 27           v. 28 | Case No.: CV081221 (EMC)  SUPPLEMENTAL DECLARATION OF KEVIN PIECUCH IN SUPPORT OF REMOVAL AND IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND  Date:    May 2, 2008 Place:   10:00 a.m. Place:   Courtroom 8 Before:  Hon. Charles R. Breyer |

LA #611437 v1

SUPPLEMENTAL DECLARATION OF KEVIN PIECUCH IN SUPPORT OF REMOVAL AND IN
OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

1  ALC PARTNER, INC., dba AMERICAN
2  LASER CENTERS; ALC ACQUISITION
   COMPANY LLC; AMERICAN LASER
3  CENTERS OF CALIFORNIA, LLC;
   RICHARD MORGAN; DENNIS HARPER;
4  and DOES 1 through 200, inclusive,
                    Defendants.
5
6
7
8              **DECLARATION OF KEVIN PIECUCH, ESQ.**
9       I, KEVIN PIECUCH, ESQ. declare:
10      1.   I am the Chief Administrative Officer and General Counsel for Defendant
11 American Laser Centers LLC (formerly known as ALC Acquisition Company LLC). I previously
12 held the same position with Defendant ALC-Partner, Inc. I am authorized to make this
13 Declaration in support of the Notice of Removal filed by Defendants ALC-Partner, Inc., ALC
14 Acquisition Company LLC, American Laser Centers of California LLC, Richard Morgan and
15 Dennis Harper (collectively, "Defendants"), and in Opposition to Plaintiffs' Motion to Remand, in
16 the case brought by Kay Love et al., now pending in the United States District Court, Northern
17 District of California. I am personally familiar with the action and have personal knowledge of the
18 facts set forth herein, and could testify competently thereto. If called as a witness, I could and
19 would competently testify to the facts stated in this Declaration.
20      2.   Prior to December 1, 2007, Defendant ALC-Partner, Inc. operated clinics in various
21 states nationwide doing business as American Laser Centers. Defendant ALC Acquisition
22 Company LLC (now known as American Laser Centers LLC) purchased the assets of ALC-
23 Partner, Inc. and its related companies in November 2007, and began operating the clinics
24 effective December 1, 2007. ALC-Partner, Inc. remains in existence but no longer owns and
25 operates the clinics as of December 1, 2007.
26
27
28

3. American Laser Centers LLC, American Laser Centers of California LLC, and ALC-Partner, Inc. (collectively referred to as the ALC Entity Defendants) all have their respective headquarters located in Farmington Hills, Michigan. All of the ALC Entity Defendants' officers and directors work in Michigan, and the entities' administrative operations are centered in Michigan.

4. ALC, HC, the sole member of American Laser Centers LLC, is a holding company incorporated in Delaware and headquartered in Michigan. ALC, HC holds the business assets, namely the American Laser Centers clinics, that are managed and operated by American Laser Centers LLC.

5. The operations of the ALC Entity Defendants are widely dispersed throughout the nation. American Laser Centers LLC presently does business in 27 states. ALC-Partner, Inc. did business in those same 27 states prior to the sale of the business in November 2007. The American Laser Centers operations are not concentrated in one or just a few states.

6. California is one of the 27 states in which the ALC Entity Defendants do (or did) business. There are approximately 216 American Laser Center clinics in the United States at present. Of those, only approximately 48 are located in California. Thus, American Laser Centers clinics in California make up only approximately 22% of the total clinic operations nationwide.

7. In 2007, the overall revenue from American Laser Centers clinics in California was only 20% of the overall revenue generated by the American Laser Centers clinics nationwide.

8. There are multiple American Laser Centers clinics in many states other than California, including 20 clinics in New York, 17 clinics in Texas, 16 clinics in Michigan, 14 clinics in Florida, and 13 clinics in Illinois.

9. The ALC Entity Defendants presently employ approximately 1,609 people. Of those employees, approximately 500 are located within California. The California employees largely consist of Clinic Managers, Assistant Clinic Managers, and various technicians, nurses and aestheticians working in the California clinics. The largest group of employees in each clinic generally are the technicians, nurses and aestheticians.

10. The first American Laser Centers clinics in California opened in mid-2005, with more clinics added in California in 2006 and 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that the attached exhibits are true and accurate copies of the documents I have described herein.

Executed this 11th day of April, 2008, at Farmington Hills, MI.

_____
KEVIN PIECUCH, ESQ.