Lionel Glancy (SBN 134180)
Email: lglancy@glancylaw.com
Kevin Ruf (SBN 136901)
Email: kevinruf@yahoo.com
Kara Wolke (SBN 241521)
Email: kwolke@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150/Fax: 310-201-9160

*Attorneys for Plaintiffs and Proposed Plaintiff Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. CV-08-1221-CRB<br><br>**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND**<br><br>[Filed concurrently with Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Remand]<br><br>**Date:** May 2, 2008<br>**Time:** 10:00 AM<br>**Place:** Courtroom 8<br>**Before:** Hon. Charles R. Breyer<br><br>Complaint Filed:     January 25, 2008<br>Notice of Removal: February 29, 2008 |

DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF REMAND – Case No. CV-08-1221-CRB

I, Kara M. Wolke, declare:

1. I am an attorney with the law firm Glancy Binkow & Goldberg, LLP ("GBG") in Los Angeles, California, and I am one of the principal attorneys working on this case. I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of the Motion to Remand. I am personally familiar with this case and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. On April 18, 2008, I conducted a public records search which revealed that, as of November 1, 2007, Chelsea Klinke resides at an address in Ladera Ranch, California. A true and correct copy of these search results, with the street address redacted, is attached as **Exhibit A** hereto.

3. Numerous of our clients have provided us with information regarding Chelsea Klinke, and based on such information, it my understanding that Ms. Klinke is a major enforcer of company policy in California.

4. A true and correct copy of an e-mail dated April 3, 2008, from Chelsea Klinke to a group entitled "Losangeles" is attached as **Exhibit B** hereto.

I declare that the foregoing is true and correct.

Executed this 18th day of April, 2008, at Los Angeles, California.

                                        */s/ Kara M. Wolke*
                                        Kara M. Wolke

# EXHIBIT A

1 of 1 DOCUMENT

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - P-TRAK

**Name:** LEE, CHELSEA R

**Also Known As:**
LEE, R; REDFOX, CHELSEA RENEE; FOX, CHELSEA RENEE; LEE, C; LEE, CHELSEA; KLINKE, CHELSEA

**Social Security Number:** 453-91-XXXX

**Address:**
REDACTED
LADERA RANCH, CA 92694-1424
Address Updated: 11/1/2007

**Previous Addresses:**
REDACTED
BUFORD, GA 30519-2217
Address Updated: 10/15/2005

REDACTED
ALPHARETTA, GA 30022-6534
Address Updated: 2/25/2004

REDACTED
SUWANEE, GA 30024-8315
Address Updated: 11/1/2000

REDACTED
DULUTH, GA 30096-2336
Address Updated: 10/1/2000

REDACTED
DULUTH, GA 30097
Address Updated: 11/13/2000

REDACTED
ODESSA, TX 79762-4866
Address Updated: 7/18/2001

# EXHIBIT B

From: Chelsea Klinke
Sent: Thursday, April 03, 2008 5:59 PM
To: Losangeles
Subject: Hourly Rate

There might be some confusion...

On the recent call we had, I explained that you would all receive your hourly rates individually via email, this is still the case.

I also made mention that I thought the figure Kevin used of 17.50 on the Road Show might not be accurate, but I was incorrect and misread the spreadsheet I received...my apologies, but again it doesn't effect the salary in question, which is what you still make.

For employees at a base of 50k for example, you will see that this figure is accurate when calculated for 40 hours plus 10 hours of OT to get you to a salary of 50,050.

For anyone that has received a raise, your hourly rate will be based on that salary.

Again, under no circumstances are any of you making a dollar less than your salaries unless you work fewer hours. In fact, the rate of 17.50 actually calculates to a $50 increase, if you will.

In the state of Calfiornia OT is paid on a daily basis if the employee works over 8 hours a day or on

a weekly basis if the employee work over 40 hours a week.


Example Calculation using the hourly rate of $17.50

1 days pay (8hrs)     $140.00
1 hours OT     $26.25
Daily pay     $166.25

40 hour week     $700.00
10 hours of OT   $262.50
Total Weekly     $962.50
Annual Salary    $50,050.00


Chelsea R. Klinke
Western Area Vice President, Operations
American Laser Centers
www.americanlaser.com<http://www.americanlaser.com/>

"Your attitude almost always determines your altitude in life."