**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, | No. C 08-01221 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ALC PARTNER INC, | |
| Defendant. _____/ | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar to be heard on June 6, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April l 28, 2008                                         FOR THE COURT,

                                                                Richard W. Wieking, Clerk
                                                                By: _____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy