1  Lionel Glancy (SBN 134180)
   Email: lglancy@glancylaw.com
2  Kevin Ruf (SBN 136901)
   Email: kevinruf@yahoo.com
3  Kara Wolke (SBN 241521)
   Email: kwolke@glancylaw.com
4  **GLANCY BINKOW & GOLDBERG LLP**
   1801 Avenue of the Stars, Suite 311
5  Los Angeles, CA 90067
   Telephone: 310-201-9150
6  Facsimile: 310-201-9160

7  *Attorneys for Plaintiffs and Proposed Plaintiff Classes*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. CV-08-1221-CRB<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DATES FOR EARLY MEETING OF COUNSEL PURSUANT TO RULE 26(f) AND EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**<br><br>**Hon. Charles R. Breyer**<br><br>**Current Date of CMC:**<br>Date: June 6, 2008<br>Time: 8:30 a.m.<br><br>**Proposed Date for CMC:**<br>Date: July 25, 2008<br>Time: 8:30 a.m.<br><br>**Complaint Filed:** January 25, 2008 |

28733469

1   Plaintiffs Kay Love, et al. ("Plaintiffs") and Defendants ALC Partner, Inc.
2   dba AMERICAN LASER CENTERS, ALC Acquisition Company LLC, American
3   Laser Centers of California, LLC, Richard Morgan, and Dennis Harper
4   (collectively "Defendants"), by and through their respective counsel, hereby
5   stipulate as follows:
6       WHEREAS the initial case management conference for this case is currently
7   scheduled for Friday, June 6, at 8:30 a.m. before the Honorable Charles R. Breyer;
8       WHEREAS Plaintiffs' motion to remand and Defendants' motions to
9   transfer and to dismiss also are currently scheduled for Friday June 6, at 10:00
10  a.m.;
11      WHEREAS the parties agree that, because the pending motions have created
12  uncertainty as to where the case may proceed after June 6, it is in the interests of
13  the parties and the Court to continue the case management conference to be held
14  on a later date, after the pending motions are decided;
15      WHEREAS, in the interests of judicial economy, the parties also wish to
16  establish dates for the early meeting of counsel pursuant to Fed. R. Civ. P. 26(f),
17  and the exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), to take
18  place in advance of the case management conference;
19
20      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
21  and between counsel for Plaintiffs and counsel for Defendants that:
22      (1) The case management conference shall take place on July 25, 2008;
23      (2) The early meeting of counsel pursuant to Fed. R. Civ. P. 26(f) shall
24  take place on ~~Wednesday~~ Tuesday, July 2, 2008; and   06 WJC
25      (3) The exchange of initial disclosures pursuant to Fed. R. Civ. P.
26  26(a)(1) shall take place on Wednesday, July 16, 2008.
27
28  ----
    -2-
    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
    AND SETTING DATES FOR EARLY MEETING OF COUNSEL AND INITIAL DISCLSOURES

| | | |
|---|---|---|
| Dated: | May 14, 2008 | GLANCY BINKOW & GOLDBERG LLP |

By: _/s/ Kara M. Wolke for Kevin F. Ruf_
Lionel Z. Glancy
Kevin F. Ruf
Kara M. Wolke
1801 Avenue of the Stars, #311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs and Proposed Plaintiff Classes*

| | | |
|---|---|---|
| Dated: | May 14, 2008 | THELEN REID BROWN RAYSMAN & STEINER LLP |

By: _/s/ Jennifer L. Goldberg_
Jennifer L. Goldberg
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 576-8053
Facsimile: (213) 576-8080

*Attorneys for Defendants ALC Partner, Inc., Richard Morgan and Dennis Harper*

| | | |
|---|---|---|
| Dated: | May 14, 2008 | SCHIFF HARDIN LLP |

By: _/s/ William J. Carroll_
William J. Carroll
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendants ALC Acquisition Company, LLC, and American Laser Centers of California, LLC*

|   |   |   |
|---|---|---|
| 1 | Lionel Glancy (SBN 134180)<br>Email:  lglancy@glancylaw.com | |
| 2 | Kevin Ruf (SBN 136901)<br>Email:  kevinruf@yahoo.com | |
| 3 | Kara Wolke (SBN 241521)<br>Email:  kwolke@glancylaw.com | |
| 4 | **GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311 | |
| 5 | Los Angeles, CA 90067<br>Telephone:  310-201-9150 | |
| 6 | Facsimile:  310-201 -9160 | |
| 7 | *Attorneys for Plaintiffs and Proposed Plaintiff Classes* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>         Defendants. | Case No. CV-08-1221-CRB<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DATES FOR EARLY MEETING OF COUNSEL PURSUANT TO RULE 26(f) AND EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**<br><br>**Hon.  Charles R. Breyer**<br><br>**Current Date of CMC:**<br>Date:    June 6, 2008<br>Time:    8:30 a.m.<br><br>**Proposed Date for CMC:**<br>Date:    July 25, 2008<br>Time:    8:30 a.m.<br><br><br>Complaint Filed:    January 25, 2008 |

28733469

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWING, AND PURSUANT TO STIPULATION, IT IS SO ORDERED:

(1) The case management conference in the above captioned case shall take place on July 25, 2008;

(2) The early meeting of counsel pursuant to Fed. R. Civ. P. 26(f) shall take place on Wednesday, July 2, 2008; and

(3) The exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall take place on Wednesday, July 16, 2008.

Dated: _____, 2008      _____
                              Hon. Charles R. Breyer
                              United States District Judge

-2-
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND SETTING DATES FOR EARLY MEETING OF COUNSEL AND INITIAL DISCLSOURES