Lionel Glancy (SBN 134180)
Email:  lglancy@glancylaw.com
Kevin Ruf (SBN 136901)
Email:  kevinruf@yahoo.com
Kara Wolke (SBN 241521)
Email:  kwolke@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:  310-201-9160

*Attorneys for Plaintiffs and Proposed Plaintiff Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY REICHMAN, CYNTHIA RODIER, SANDRA SEWERIN, and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>        Defendants. | Case No. CV-08-1221-CRB<br><br>~~[PROPOSED]~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DATES FOR EARLY MEETING OF COUNSEL PURSUANT TO RULE 26(f) AND EXCHANGE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**<br><br>**Hon.  Charles R. Breyer**<br><br>**Current Date of CMC:**<br>Date:    June 6, 2008<br>Time:    8:30 a.m.<br><br>**Proposed Date for CMC:**<br>Date:    July 25, 2008<br>Time:    8:30 a.m.<br><br><br>Complaint Filed:    January 25, 2008 |

28733469

# [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWING, AND PURSUANT TO STIPULATION, IT IS SO ORDERED:

(1) The case management conference in the above captioned case shall take place on July 25, 2008;

(2) The early meeting of counsel pursuant to Fed. R. Civ. P. 26(f) shall take place on Wednesday, July 2, 2008; and

(3) The exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall take place on Wednesday, July 16, 2008.

Dated:   _ May 20 ____, 2008        _____
Hon. Charles R. Breyer
United States District Judge



-2-
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
AND SETTING DATES FOR EARLY MEETING OF COUNSEL AND INITIAL DISCLSOURES