1  ANN KANE SMITH, aksmith@thelen.com, CA BAR NO. 72698
   JENNIFER L. GOLBERG, jlgoldberg@thelen.com, CA BAR NO. 198150
2  MARYTZA J. REYES, mreyes@thelen.com, CA BAR NO. 218684
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   333 South Hope Street
4  Twenty-Ninth Floor
   Los Angeles, California 90071
5  Telephone 213.576.8000
   Facsimile 213.576.8080
6  Attorneys for Defendants
7  ALC-PARTNER, INC.,
   RICHARD MORGAN and DENNIS HARPER
8
9  WILLIAM J. CARROLL, wcarroll@schiffhardin.com, CA BAR NO. 118106
   SARAH R. SPEAKMAN, sspeakman@schiffhardin.com, CA BAR NO. 215085
10 SCHIFF HARDIN LLP
   One Market, Spear Street Tower
11 Thirty-Second Floor
   San Francisco, CA 94105
12 Telephone: 415.901.8754
13 Facsimile: 415.901.8701
   Attorneys for Defendants
14 AMERICAN LASER CENTERS LLC (formerly known
   as ALC ACQUISITION COMPANY LLC) and
15 AMERICAN LASER CENTERS OF CALIFORNIA LLC

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19
    KAY LOVE, MELINDA AHUMADA,                    Case No.: CV081221 (CRB)
20  PAULA AUSTIN, ASHLEY BRISENO,
    LISA CASEY, JESSICA BURIA,                    DEFENDANTS' EVIDENTIARY
21  NATALIE DOLABJIAN, NADIA                      OBJECTIONS TO THE DECLARATION OF
    KAMELI, ASHLEE MOCHAN,                        KARA WOLKE SUBMITTED IN SUPPORT
22  CHRISTINE PEDRO, DAYNA RACOW,                 OF PLAINTIFFS' OPPOSITION TO
    BEVERLY ALEXANDER, KATHRYN                    DEFENDANTS' MOTION TO DISMISS
23  CAMERON, FEY RICHMAN, CYNTHIA
                                                  Date:    June 6, 2008
24  RODIER, SANDRA SEWERIN and AMY                Time:    10:30 a.m.
    WILLIAMS, on behalf of themselves and         Place:   Courtroom 8
25  those classes similarly situated,             Before:  Hon. Charles R. Breyer
26
                    Plaintiffs,
27
    v.
28

LA #617355 v1

---

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KARA WOLKE**
**SUBMITTED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>    Defendants. |

Defendants ALC-Partner, Inc., American Laser Centers LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") hereby submit the following objections to the declaration submitted by Kara Wolke in support of Plaintiffs' Opposition to Plaintiffs' Motion to Dismiss.

LA #617355 v1

## DEFENDANTS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KARA M. WOLKE

Any evidence submitted to the Court must meet all requirements for admissibility of evidence if offered at the time of trial. *Travelers Cas. & Sur. Co. of America v. Telstar Const. Co., Inc.*, (D.AZ 2003) 252 F. Supp. 2d 917, 922; *see also* N.D. CA Rule 7-5(b). Several of the statements contained in Ms. Wolke's declaration do not constitute admissible evidence and, therefore, should be disregarded. *See FDIC v. New Hampshire Ins. Co.*, 953 F.2d 478, 484 (9th Cir. 1991) (declarations and other "evidence" of the moving party that would not be admissible are subject to a timely objection and may be stricken); Accord *Pfingston v. Ronan Engineering Co.* 284 F.3d 999, 1003 (9th Cir. 2002).

Accordingly, Defendants object to the specific testimony, and on the specific grounds, set forth below.

| Evidence Submitted in Declaration of Kara M. Wolke | Defendants' Objections |
|---|---|
| 1. "I am personally familiar with this case and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto." [Declaration of Kara M. Wolke, ¶ 1] | 1. Ms. Wolke's prefatory statement that she has personal knowledge of all facts does not make the statements contained in her declaration admissible. Introductory statements to the effect that the declarant has personal knowledge of every fact in the declaration are simply conclusions and insufficient to establish personal knowledge and competency. W. Schwarzer, *et al., California Practice Guide: Federal Civil Procedure Before Trial*, ¶ 14:163 (Rutter Group 2007) citing *Bank Melli Iran v. Pahlavi*, 58 F.3d 1406, 1412 (9th Cir. 1995); *Pan-Islamic Trade Corp. v. Exxon Corp.*, 632 F.2d 539, 556 (5th Cir. 1980). It is *not* enough for the declarant simply to state that he or she has personal knowledge of the facts stated. Rather, the declaration itself must contain facts showing the declarant's |

| Evidence Submitted in Declaration of Kara M. Wolke | Defendants' Objections |
|---|---|
|  | connection with the matters stated therein, establishing the source of his or her information. FRE 602; see *United States v. Shumway* (9th Cir. 1999) 199 F.3d 1093, 1104. |
| 2. "A true and correct copy of an e-mail dated April 3, 2008, from Chelsea Klinke to a group entitled "Losangeles" is attached as Exhibit 4 hereto." [Declaration of Kara M. Wolke, ¶ 5] | 2. Lacks foundation (Fed. R. Evid. § 403(a)); Lacks personal knowledge (Fed. R. Evid. § 602; *R.W. Beck & Assoc., Inc. v. City and Borough of Sitka*, 27 F.3d 1475, 1481 (9th Cir. 1994); Inadmissible hearsay (Fed. R. Evid. § 801 *et seq.*; *H. Sand & Co. v. Airtemp Corp.*, 934 F.2d 450, 454-455 (2d Cir. 1991) ("hearsay testimony . . . that would not be admissible if testified to at the trial may not properly be set forth in the affidavit."); None of the documents contained in Exhibit 4 have been authenticated and therefore are inadmissible (Fed. R. Evid. § 901; *United States v. Dibble*, 429 F.2d 598, 602 (9th Cir. 1970) ("A writing is not authenticated simply by attaching it to an affidavit .... The foundation is laid for receiving a document in evidence by the testimony of a witness with personal knowledge of the facts who attests to the identity and due execution of the document and, where appropriate, its delivery."); *Beyene v. Coleman Security Services, Inc.* (9th Cir. 1988) 854 F.2d 1179, 1182; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.* (9th Cir. 1990) 896 F.2d 1542, 1550-51 [attorney's summary insufficient authentication]. |

LA #617355 v1

2

1 | Dated: May 23, 2008                    THELEN REID BROWN RAYSMAN & STEINER LLP

2 |                                        By  /s/ Jennifer L. Goldberg
                                               Attorneys for Defendants
3 |                                            ALC-PARTNER, INC., RICHARD
                                               MORGAN and DENNIS HARPER

6 | Dated: May 23, 2008                    SCHIFF HARDIN LLP

8 |                                        By  [signature]
                                               William J. Carroll
                                               Attorneys for Defendants
                                               AMERICAN LASER CENTERS LLC and
                                               AMERICAN LASER CENTERS OF
                                               CALIFORNIA LLC

LA #617355 v1                          - 3 -

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KARA WOLKE SUBMITTED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**