1  ANN KANE SMITH, *aksmith@thelen.com,* CA BAR NO. 72698
   JENNIFER L. GOLBERG, *jlgoldberg@thelen.com,* CA BAR NO. 198150
2  MARYTZA J. REYES, *mreyes@thelen.com,* CA BAR NO. 218684
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street
   Twenty-Ninth Floor
4  Los Angeles, California  90071
   Telephone 213.576.8000
5  Facsimile 213.576.8080
6  Attorneys for Defendants
   ALC-PARTNER, INC.,
7  RICHARD MORGAN and DENNIS HARPER

8
   WILLIAM J. CARROLL, *wcarroll@schiffhardin.com*, CA BAR NO. 118106
9  SARAH R. SPEAKMAN, *sspeakman@schiffhardin.com*, CA BAR NO. 215085
   SCHIFF HARDIN LLP
10 One Market, Spear Street Tower
   Thirty-Second Floor
11 San Francisco, CA  94105
   Telephone:  415.901.8754
12 Facsimile:  415.901.8701
13 Attorneys for Defendants
   AMERICAN LASER CENTERS LLC (formerly known
14 as ALC ACQUISITION COMPANY LLC) and
   AMERICAN LASER CENTERS OF CALIFORNIA LLC
15

16               **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | KAY LOVE, MELINDA AHUMADA, | Case No.:  CV081221 (CRB) |
   | PAULA AUSTIN, ASHLEY BRISENO, | |
20 | LISA CASEY, JESSICA BURIA, | **[PROPOSED] ORDER DENYING** |
   | NATALIE DOLABJIAN, NADIA | **PLAINTIFFS' MOTION TO REMAND** |
21 | KAMELI, ASHLEE MOCHAN, | |
   | CHRISTINE PEDRO, DAYNA RACOW, | Date:        June 6, 2008 |
22 | BEVERLY ALEXANDER, KATHRYN | Place:       10:00 a.m. |
   | CAMERON, FEY RICHMAN, CYNTHIA | Place:       Courtroom 8 |
23 | RODIER, SANDRA SEWERIN and AMY | Before:      Hon. Charles R. Breyer |
   | WILLIAMS, on behalf of themselves and | |
24 | those classes similarly situated, | |
25
26                Plaintiffs,

27 v.

28

1   ALC PARTNER, INC., dba AMERICAN
    LASER CENTERS; ALC ACQUISITION
2   COMPANY LLC; AMERICAN LASER
    CENTERS OF CALIFORNIA, LLC;
3   RICHARD MORGAN; DENNIS HARPER;
4   and DOES 1 through 200, inclusive,

5               Defendants.

6

7                          **[PROPOSED] ORDER**

8        Plaintiffs' Motion To Remand came on review before this Court before The Honorable

9   Charles R. Breyer and this Court, having considered Plaintiffs' Motion, argument of counsel, and

10  all the other papers filed in connection with this matter, DENIES Plaintiffs' Motion.

11       IT IS HEREBY ORDERED that Plaintiffs' Motion To Remand is DENIED.

12

13       **IT IS SO ORDERED.**

14

15  DATED: _____

16                                    _____
                                          Honorable Charles R. Breyer
17                                        United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND