1  ANN KANE SMITH, *aksmith@thelen.com,* CA BAR NO. 72698
   JENNIFER L. GOLBERG, *jlgoldberg@thelen.com,* CA BAR NO. 198150
2  MARYTZA J. REYES, *mreyes@thelen.com,* CA BAR NO. 218684
   THELEN REID BROWN RAYSMAN & STEINER LLP
3  333 South Hope Street
   Twenty-Ninth Floor
4  Los Angeles, California  90071
   Telephone 213.576.8000
5  Facsimile 213.576.8080
   Attorneys for Defendants
6  ALC-PARTNER, INC.,
   RICHARD MORGAN and DENNIS HARPER
7
   WILLIAM J. CARROLL, *wcarroll@schiffhardin.com*, CA BAR NO. 118106
8  SARAH R. SPEAKMAN, *sspeakman@schiffhardin.com*, CA BAR NO. 215085
   SCHIFF HARDIN LLP
9  One Market, Spear Street Tower
   Thirty-Second Floor
10 San Francisco, CA  94105
   Telephone:  415.901.8754
11 Facsimile:  415.901.8701
   Attorneys for Defendants
12 AMERICAN LASER CENTERS LLC (formerly known
   as ALC ACQUISITION COMPANY LLC) and
13 AMERICAN LASER CENTERS OF CALIFORNIA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive, | Case No.:  CV081221(CRB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**<br><br>Date:       June 6, 2008<br>Time:      10:30 a.m.<br>Place:     Courtroom 8<br>Before:    Hon. Charles R. Breyer |

Defendants.

### [PROPOSED] ORDER

Defendants ALC-Partner, Inc., American Laser Centers LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") Motion to Transfer Venue Under 28 U.S.C. § 1404(a), came on review before this Court before The Honorable Charles R. Breyer and this Court, having considered Defendants' Motion, argument of counsel, and all the other papers filed in connection with this matter, and good cause appearing therefore, GRANTS Defendants' Motion To Transfer Venue.

IT IS HEREBY ORDERED that Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a) is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

Honorable Charles R. Breyer
United States District Court Judge