ANN KANE SMITH, aksmith@thelen.com, CA BAR NO. 72698
JENNIFER L. GOLBERG, jlgoldberg@thelen.com, CA BAR NO. 198150
MARYTZA J. REYES, mreyes@thelen.com, CA BAR NO. 218684
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street
Twenty-Ninth Floor
Los Angeles, California 90071
Telephone 213.576.8000
Facsimile 213.576.8080
Attorneys for Defendants
ALC-PARTNER, INC.,
RICHARD MORGAN and DENNIS HARPER

WILLIAM J. CARROLL, wcarroll@schiffhardin.com, CA BAR NO. 118106
SARAH R. SPEAKMAN, sspeakman@schiffhardin.com, CA BAR NO. 215085
SCHIFF HARDIN LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: 415.901.8754
Facsimile: 415.901.8701
Attorneys for Defendants
AMERICAN LASER CENTERS LLC (formerly known
as ALC ACQUISITION COMPANY LLC) and
AMERICAN LASER CENTERS OF CALIFORNIA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, MELINDA AHUMADA, PAULA AUSTIN, ASHLEY BRISENO, LISA CASEY, JESSICA BURIA, NATALIE DOLABJIAN, NADIA KAMELI, ASHLEE MOCHAN, CHRISTINE PEDRO, DAYNA RACOW, BEVERLY ALEXANDER, KATHRYN CAMERON, FEY RICHMAN, CYNTHIA RODIER, SANDRA SEWERIN and AMY WILLIAMS, on behalf of themselves and those classes similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No.: CV081221 (CRB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:       June 6, 2008<br>Time:      10:30 a.m.<br>Place:      Courtroom 8<br>Before:            Hon. Charles R. Breyer |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALC PARTNER, INC., dba AMERICAN LASER CENTERS; ALC ACQUISITION COMPANY LLC; AMERICAN LASER CENTERS OF CALIFORNIA, LLC; RICHARD MORGAN; DENNIS HARPER; and DOES 1 through 200, inclusive,<br><br>                                Defendants. |

**[PROPOSED] ORDER**

Defendants ALC-Partner, Inc., American Laser Centers LLC, American Laser Centers of California LLC, Richard Morgan and Dennis Harper (collectively, "Defendants") Motion to Dismiss Pursuant to Federal Rules Of Civil Procedure 12(B)(6), came on review before this Court before The Honorable Charles R. Breyer and this Court, having considered Defendants' Motion, argument of counsel, and all the other papers filed in connection with this matter, and good cause appearing therefor, GRANTS Defendants' Motion To Dismiss.

IT IS HEREBY ORDERED that

1.   All causes of action against Defendant Richard Morgan be dismissed, with prejudice.

2.   All causes of action against Defendant Dennis Harper be dismissed, with prejudice.

3.   Plaintiffs' Eighth cause of action for Unfair Business Practices be dismissed with prejudice against all Defendants.

4.   Plaintiffs' Ninth cause of action for Conversion be dismissed with prejudice against all Defendants.

5.   Plaintiffs' Tenth cause of action for Unjust Enrichment be dismissed with prejudice against all Defendants.

**IT IS SO ORDERED.**

DATED: _____

                                                                 Honorable Charles R. Breyer
                                                                 United States District Court Judge