**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 6, 2008**

**C-08-01221** CRB

    **KAY LOVE  v.  ALC PARTNER INC**

| Attorneys: | Kevin Ruf | William Carroll |
|---|---|---|
| | | Jennifer Goldberg |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion to Transfer Venue | Submitted |
| 2. D's Motion to Dismiss | Submitted |
| 3. P's Motion to Remand | Submitted |

**ORDERED AFTER HEARING:**

_____

_____

(X) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court  X

(  ) Referred to Magistrate Judge For: _____

(  ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                      Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____