IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY LOVE, et al., | No. C 08-01221 CRB |
| Plaintiffs, | **ORDER OF REMAND** |
| v. | |
| ALC PARTNER INC, et al., | |
| Defendants. | |

Now pending before the Court are (1) plaintiffs' motion to remand, (2) defendants' motion to transfer, and (3) defendants' motion to dismiss. After having had the benefit of excellent oral argument on both sides, and having carefully considered the issues raised, the motion to remand is GRANTED. The motion to transfer is DISMISSED as moot, and the motion to dismiss is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 6, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1221\orderofremand.wpd