**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 9, 2008

Alameda County Superior Court
1225 Fallon Street, Room 109
Oakland, CA 94612


RE:  CV 08-01221 CRB   KAY LOVE-v-ALC PARTNER INC
      Your Case Number: (RG 08367932)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.


                        Sincerely,

                        RICHARD W. WIEKING, Clerk


                        by: Maria Loo
                        Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg