**FILED / RECEIVED**

JUL 1 4 2008


JUL 11 2008
received

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| | Northern District of California | |
| | 450 Golden Gate Avenue | RICHARD W. WIEKING |
| | San Francisco, California 94102 | CLERK, U.S. DISTRICT COURT |
| | | NORTHERN DISTRICT OF CALIFORNIA |
| | www.cand.uscourts.gov | |
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |
| | July 9, 2008 | |

Alameda County Superior Court
1225 Fallon Street, Room 109
Oakland, CA 94612

RE: <u>CV 08-01221 CRB   KAY LOVE-v-ALC PARTNER INC</u>
   Your Case Number: <u>(RG 08367932)</u>
Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Maria Loo</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg